UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MICHAEL HENRY DORAN**,

    Plaintiff,

v.                                                                                    2:24-cv-1157-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

# ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 1), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 27). The Commissioner of Social Security seeks remand to:

> offer Plaintiff the opportunity for a hearing; (2) take any further action needed to complete the administrative record; (3) give further consideration as to whether David Boxwell, M.D., is an excluded source and whether there is good cause to consider evidence from this source if excluded; (4) give further consideration to Plaintiff's maximum residual functional capacity; and (5) issue a new decision.

(Doc. 27 at 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 27) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on

remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on June 12, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge